UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

In re: SUSAN W. POSKUS          : CHAPTER 11
      Debtor                          :
                                : CASE NO. 16-20955
                                :
                                : JUNE 13, 2016

## APPLICATION FOR ORDER AUTHORIZING THE EMPLOYMENT OF COUNSEL FOR THE DEBTOR-IN-POSSESSION

Susan W. Poskus, the debtor in possession (the "Debtor"), submits this application (the "Application") pursuant to section 327(a) of title 11 of the United States Code (the "Bankruptcy Code") and Federal Rule of Bankruptcy Procedure 2014(a) for an order authorizing her to employ Edward P. Jurkiewicz, Esq., a member of Lawrence & Jurkiewicz, LLC, as her attorney in this chapter 11 case. In support of her Application, the Debtor respectfully represents:

1.      On June 13, 2016, (the "Petition Date"), the Debtor commenced the above-captioned chapter 11 case by filing a voluntary petition for relief under chapter 11.

2.      The Debtor is continuing in possession of her property as a debtor in possession pursuant to §§ 1107 and 1108 of the Bankruptcy Code.

3.      The Debtor is an individual who has filed the present chapter 11 case to reorganize, including paying various secured and unsecured claims and tax obligations in accordance with the various provisions of the Bankruptcy Code.

4.      The Debtor seeks to employ Attorney Jurkiewicz as attorney for the debtor in possession to render such legal services as are necessary or appropriate in connection with the case, including:

(a)      Advising the Debtor of her rights, powers, and duties as debtor in

possession;

(b)     Representing the Debtor in connection with her Initial Debtor Interview, First Meeting of Creditors, and all further meetings of creditors as may be convened;

(c)     Advising the Debtor concerning, and assisting in the negotiation and documentation of debt restructuring, and related transactions;

(d)     Advising the Debtor concerning actions available to collect and recover property for the benefit of the estate;

(e)     Preparing certain applications, motions, pleadings, draft orders, notices, schedules and other documents, and reviewing financial and other reports to be filed in the case;

(f)     Advising the Debtor concerning and preparing responses to applications, motions, pleadings, notices and other papers which may be filed and served in this case;

(g)     Advising the Debtor concerning the formulation, and promulgation of a disclosure statement, plan of reorganization and related documents;

(h)     Representing the Debtor in connection with the hearing on confirmation; and

(i)     Performing all other legal services for the Debtor which may be necessary or appropriate in the administration of the case.

5.     Attorney Jurkiewicz has substantial bankruptcy experience and is qualified to represent the Debtor's interests in this case.

6.     Subject to the Court's approval, Edward P. Jurkiewicz, Esq., Lawrence & Jurkiewicz, LLC will charge the Debtor on an hourly basis in accordance with his ordinary and customary hourly rate, which is presently $275.00.

7.     Prior to the Petition Date, Lawrence & Jurkiewicz, LLC received a retainer in the

amount of $10,000.00, plus expenses in the amount of $1,717.00 for this Court's combined filing fee and administrative fee.

8.      Attorney Jurkiewicz will file an application setting forth a detailed statement of the services rendered, time expended, expenses incurred, and the amounts requested in connection with any application seeking interim or final compensation for services or reimbursement of necessary expenses from the estate, in compliance with Bankruptcy Rule 2016(a).

9.      Neither Attorney Jurkiewicz or Lawrence & Jurkiewicz, LLC nor its members or employees have any interest adverse to the estate, and are "disinterested persons" as that term is defined by 11 U.S.C. § 101(14).

10.      Neither Attorney Jurkiewicz or Lawrence & Jurkiewicz, LLC nor its members or employees have any connection with the Debtor, its creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee. A verified statement to that effect, in accordance with the requirements of Bankruptcy Rule 2014(a), is appended hereto.

11.      The employment of Edward P. Jurkiewicz, Esq. of Lawrence & Jurkiewicz, LLC as counsel for the Debtor is necessary and in the best interests of the estate.

WHEREFORE, the Debtor prays for an Order, pursuant to 11 U.S.C. § 327(a), authorizing the employment of Edward P. Jurkiewicz, Esq. of Lawrence & Jurkiewicz, LLC as its counsel in the case.

DEBTOR,

/s/ Susan W. Poskus
Susan W. Poskus

3

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

In re: SUSAN W. POSKUS             : CHAPTER 11
          Debtor            :

                               : CASE NO. 16-20955
                               :
                               : JUNE 13, 2016

### AFFIDAVIT

STATE OF CONNECTICUT )
                         ) ss:   Avon       June 13, 2016
COUNTY OF HARTFORD   )

The undersigned, being duly sworn, deposes and says:

1.     I am over the age of eighteen years and I believe in the obligations of an oath.

2.     I am a member of the law firm Lawrence & Jurkiewicz, LLC and in that capacity I am familiar with the matters recited herein.

3.     I am admitted to practice in the State of Connecticut and in the United States District Court for the District of Connecticut.

4.     The other member of the law firm Lawrence & Jurkiewicz, LLC, Peter L. Lawrence, is likewise admitted to practice in the State of Connecticut and in the United States District Court for the District of Connecticut.

5.     Neither Lawrence & Jurkiewicz, LLC, nor any member or employee of the firm has any connection with the Debtor in the above-captioned chapter 11 case, nor its creditors, any other

parties in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee.

      6.     Neither Lawrence & Jurkiewicz, LLC, nor any member or employee of the firm represents or holds any interest adverse to the Debtors or to her estate in matters upon which Lawrence & Jurkiewicz, LLC is proposed to be engaged, and all are "disinterested persons" as that term is defined by 11 U.S.C. § 101(14).

      Further your Affiant sayeth not.

AFFIANT

Edward P. Jurkiewicz
Member
Lawrence & Jurkiewicz, LLC


STATE OF CONNECTICUT )
                    ) ss:  Avon     June 13, 2016
COUNTY OF HARTFORD )


      Subscribed and sworn to, before me, this 13th day of June, 2016.

Peter L. Lawrence, Esq.
Commissioner of the Superior Court

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

_____
In re: SUSAN W. POSKUS                  :   CHAPTER 11
          Debtor                        :
                                        :   CASE NO. 16-20955
                                        :
_____ :   JUNE 13, 2016

## CERTIFICATE OF SERVICE

I hereby certify that, on June 17, 2016, a copy of the Application for Order Authorizing the Employment of Counsel for the Debtor-in-Possession, together with the supporting Affidavit, was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF System.

Dated at Avon, Connecticut this 17th day of June, 2016.

 /s/ Edward P. Jurkiewicz_____
Edward P. Jurkiewicz   ct04779
Lawrence & Jurkiewicz, LLC
60 East Main Street
Avon, CT 06001
(860) 299-6263 (telephone)
(860) 677-5005 (fax)
Federal Bar Number ct04779